THE LAW OFFICE OF
# NOOR A. SAAB

| | | |
|---|---|---|
| Noor A. Saab, Esq.* <br> ---------- <br> * Admitted in New York | 380 N. Broadway, Ste 300 <br> Jericho, New York 11753 <br> Tel: (718) 740-5060 * Fax: (718) 709-5912 <br> Email: NoorASaabLaw@gmail.com | QUEENS OFFICE <br> 148-02 Hillside Ave <br> Jamaica, New York 11435 |

September 21, 2023



**BY ECF**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Felix Castro v. Escape Outdoors., Inc. - Case No. 1:23-cv-6285

To the Honorable Judge Katherine Polk Failla,

   Plaintiff submits this letter-motion respectfully requesting that the initial conference be adjourned and the Plaintiff be granted an extension of time to serve the Defendant. The instant action was filed July 20, 2023. Plaintiff has made two (2) attempts to personally serve the Defendant. Unfortunately, service has not been executed. Plaintiff respectfully requests a thirty (30) day extension to attempt service on the Secretary of State to effect service upon the Defendant and an adjournment of the initial conference and a reset of the case deadlines. This is the first time the Plaintiff has requested this relief.

   The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

                                         Respectfully submitted,

                                         /s/ Noor A. Saab, Esq.

```
Application GRANTED.  The initial pre-trial conference previously scheduled for
September 29, 2023, is hereby ADJOURNED sine die, pending proper service of
Defendant in this matter.  Plaintiff shall effect service of Defendant on or
before November 18, 2023, or otherwise provide this Court with good cause for
that failure on or before November 24, 2023.  Should Plaintiff fail to do so,
this Court will dismiss the action pursuant to Fed. R. Civ. P. 4(m).

The Clerk of Court is directed to terminate the pending motion at docket number
6.
                                      SO ORDERED.
Dated:    September 22, 2023
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE