THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

**FELIX CASTRO**, on behalf of himself
and all others similarly situated,

                Plaintiff,

-against-

**ESCAPE OUTDOORS, LLC**

                Defendant.
-----------------------------------------------------------x

Case No.: 1:23-cv-06285-KPF

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
        January 29, 2024

                              Respectfully Submitted,

                              */s/ Noor A. Saab, Esq.*
                              By: Noor A. Saab Esq.
                              *Attorney for Plaintiff*
                              The Law Office of Noor A. Saab, Esq.
                              380 North Broadway, Penthouse West
                              Jericho, New York 11753
                              Tel: 718-740-5060
                              Email: noorasaablaw@gmail.com

```
Upon the above notice, this case is hereby DISMISSED with prejudice.
The Clerk of Court is directed to terminate all pending motions,
adjourn all remaining dates, and close this case.

Dated:    February 1, 2024
          New York, New York
```

                              SO ORDERED.

                              *[signature: Katherine Polk Failla]*

```
                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE
```